UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br>                          Petitioners, <br><br>                -v.- <br><br> LUX BUILDERS, INC., <br><br>                          Respondent. | 25 Civ. 2565 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 28, 2025, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 30, 2025**. Respondent's opposition, if any, is due on **May 28, 2025**. Petitioners' reply, if any, is due **June 11, 2025**.

SO ORDERED.

Dated:  April 2, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge