40 Broad Street, 7th Floor<br>
New York, NY 10004<br>
Telephone: (212) 943-9080<br>
<br>
**Lillianna R. Iorfino**<br>
Associate<br>
liorfino@vandallp.com

April 28, 2025

<u>VIA ECF</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



    Re: ***Trustees of the New York City District Council of Carpenters Pension <u>Fund, et al. v. Lux Builders, Inc.</u>, 25 CV 2565 (KPF)***

Dear Judge Failla:

    This firm represents the Petitioners in the above referenced matter. We write pursuant to the Court's April 2, 2025 Order to move for confirmation of the arbitral award in the form of a motion for summary judgment by April 30, 2025. *See* ECF Dkt. No. 8. Petitioners respectfully request a thirty (30) day extension to file a motion for summary judgment as Petitioners and Respondent Lux Builders, Inc. have a settlement agreement in written form finalized. The settlement agreements needs to be executed. After the settlement agreement is executed, Petitioners will file a Notice of Voluntary Dismissal within seven (7) days. This is the first request for an extension.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,<br><br>
<u>/s/ Lillianna R. Iorfino</u><br>
Lillianna R. Iorfino, Esq.<br>
*Attorney for Petitioners*

cc:   <u>Via E-mail</u>
       Lux Builders, Inc.
       luxbuildersinc@yahoo.com

Application GRANTED.  In light of the above, Petitioners' motion for summary judgment shall be due on or before **May 30, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:    April 29, 2025          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE