

40 Broad Street, 7th Floor
New York, NY 10004
Telephone: (212) 943-9080

**Lillianna R. Iorfino**
Associate
liorfino@vandallp.com

May 29, 2025

<u>VIA ECF</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: ***Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Lux Builders, Inc.*, 25 CV 2565 (KPF)**

Dear Judge Failla:

This firm represents the Petitioners in the above referenced matter. We write pursuant to the Court's April 29, 2025 Order to move for confirmation of the arbitral award in the form of a motion for summary judgment by May 30, 2025. *See* ECF Doc. No. 12. Petitioners respectfully request another thirty (30) day extension to file a motion for summary judgment as Petitioners and Respondent Lux Builders, Inc. ("Respondent") have a settlement agreement in written form finalized. The settlement agreement still needs to be executed, as Respondent's principal was out of the country and traveling for his daughter's graduation. After the settlement agreement is executed, Petitioners will file a Notice of Voluntary Dismissal within seven (7) days. This is the second request for an extension. The first request was granted. *See* ECF Doc. No. 12.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

<u>/s/ Lillianna R. Iorfino</u>
Lillianna R. Iorfino, Esq.
*Attorney for Petitioners*

cc: <u>Via E-mail</u>
Lux Builders, Inc.
luxbuildersinc@yahoo.com

Application GRANTED. In light of the parties' representation that they have reached a settlement in principle in this matter, the deadline for Petitioners to file a motion for summary judgment is hereby ADJOURNED to **June 30, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:    May 30, 2025
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE